JS-6

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESCO INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LIBORIO AVILA,<br>FINLANDIA SAUNA PRODUCTS,<br>INC.; and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No. 5:17-cv-00581-AB-JPR<br><br>**ORDER OF DISMISSAL** |

This action, having been voluntarily stipulated for dismissal by all parties having appeared in the action, is dismissed with prejudice.

Dated: January 26, 2018

_____

André Birotte Jr.
United States District Court Judge